FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 AUG -1  AM 11: 03

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PAMELA JOHNSON,                    )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        CASE NO. CV416-001
                                   )
CAROLYN W. COLVIN, Acting          )
Commissioner of the Social         )
Security Administration,           )
                                   )
        Defendant.                 )
                                   )

## O R D E R

Before the Court is Defendant's Unopposed Motion for Entry of Judgment with Reversal and Remand. (Doc. 12.) Plaintiff does not oppose the motion. (Id. at 1.) Pursuant to sentence 4 of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), this Court has the power in Social Security actions to enter a judgment affirming, modifying, or reversing the Commissioner's decision, and remand the case to the commissioner. Upon consideration of the motion and for good cause shown, the decision of the Administrative Law Judge is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence 4 of 42 U.S.C. § 405(g). Upon remand, the Social Security Administration's Appeals Council is **DIRECTED** to consider Plaintiff's request for review of the Administrative Law Judge's decision. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 1ST day of August 2016.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA